☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel:  (212) 637-2713
Fax:  (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
DAWN ANDERSON o/b/o              :
DESTIN D. ANDERSON,              :
                                 :
              Plaintiff,         :
                                 :
       - v. -                    :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 10561 (DLC)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff <u>pro se</u>, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 25, 2008 to and including April 25, 2008.  The reason for the request is

because the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated:  New York, New York
        ~~January~~ Feb. 1, 2008

*[signature]*
DAWN ANDERSON o/b/o
DESTIN D. ANDERSON
Plaintiff pro se
95 Riverdale Avenue
  Apt.#B325
Yonkers, New York  10701
Tel. No.: (914) 965-9403

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *[signature]*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

_____*[signature]*_____
UNITED STATES DISTRICT JUDGE

Feby 27, 2008

Copies sent to:

Dawn Anderson
95 Riverdale Avenue, Apt. B325
Yonkers, NY 10701

Susan D. Baird
Assistant United States Attorney
86 Chambers Street
New York, NY 10007