ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
DAWN ANDERSON o/b/o              :
DESTIN D. ANDERSON,              :
                                 :
                    Plaintiff,   :
                                 :
          - v. -                 :   STIPULATION AND ORDER
                                 :        OF REMAND
MICHAEL J. ASTRUE,               :
Commissioner of                  :   07 Civ. 10561 (DLC)
Social Security,                 :
                    Defendant.   :
                                 :
- - - - - - - - - - - - - - - - x

　　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
      April 8, 2008

> The Clerk of Court shall close the case.

                          /s/ Dawn Anderson
                          DAWN ANDERSON o/b/o
                          DESTIN D. ANDERSON
                          Plaintiff <u>pro se</u>
                          95 Riverdale Avenue
                            Apt.#B325
                          Yonkers, New York  10701
                          Telephone No.: (914) 965-9403

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York
                          Attorney for Defendant

               By: /s/ Susan D. Baird
                     SUSAN D. BAIRD
                     Assistant United States Attorney
                     86 Chambers Street - 3rd Floor
                     New York, New York  10007
                     Telephone No.: (212) 637-2713
                     Susan.Baird@usdoj.gov

SO ORDERED:

/s/ Denise Cote
UNITED STATES DISTRICT JUDGE

May 5, 2008

Copies sent to:

Dawn Anderson
95 Riverdale Avenue, Apt. B325
Yonkers, NY 10701

Susan D. Baird
Assistant United States Attorney
86 Chambers Street
New York, NY 10007